# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

April 23, 2024

Clerk
United States Court of Appeals for the Second
Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

    Re:   Stephen M. Calk, aka Sealed Defendant 1
           v. United States
           No. 23-1149
           (Your No. 22-313)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on April 19, 2024 and placed on the docket April 23, 2024 as No. 23-1149.

Sincerely,

**Scott S. Harris**, Clerk

by

Sara Simmons
Case Analyst